# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 24-20089-SHL |
| | ) | |
| ARICA HUTCHISON, | ) | |
|     Defendant. | ) | |

## ORDER ON PLEA TO CRIMINAL INFORMATION

    This cause came to be heard on June 3, 2024, the Assistant United States Attorney for this district, David Pritchard, appearing for the Government and the defendant, Arica Hutchison, appearing in person and with counsel, Jack Sherman.

    With leave of the Court, the defendant waived Indictment and entered a plea of guilty as to Count 1 of the Information.

    Plea colloquy was held and the Court accepted the guilty plea.

    SENTENCING in this case is SET for TUESDAY, SEPTEMBER 3, 2024 at 9:30 A.M. in Courtroom No. 1, on the 11th floor before Chief Judge Sheryl H. Lipman.

    Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report.  No more than twenty-one (21) days after receiving the report, the parties shall file their position papers on sentencing with the Court. At least 7 days before the sentencing, the Probation Officer shall submit the final report to the Court and the parties.

    Defendant is released on own recognizance.

    **IT IS SO ORDERED,** this the 3rd day of June, 2024.

    s/Sheryl H. Lipman
    SHERYL H. LIPMAN
    UNITED STATES DISTRICT JUDGE